UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Christopher Lee Riley
Belinda Riley
_____
Name of plaintiff(s)

v.                                                    Case No. _____
                                                      (to be assigned by Clerk)
Avery Halliburton
William Carroll
Susan Turner
_____
Name of defendant(s)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

My name is Christopher Lee Riley, & I'm a homeowner, & I'm currently being sued for rent money, for a residential property that I currently living in, & previsously owned.

2. Plaintiff, Christopher Lee Riley resides at
647 Huntington St.,            Gates
street address                  city

Lauderdale , TN , 38037 , 731-460-1313 .
county      state  zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Belinda Riley  1970 Peachtree Ave O Bldg. Apt. 6
Dyer County, TN, 38024  731-612-1946

1

3. Defendant, **Avery Halliburton** lives at, or its business is located at
**223 Laurison St.**, **Halls**,
street address / city
**Lauderdale**, **TN**, **38040**.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

William Carroll 1460 Carmack Rd Ripley Lauderdale TN 38063
Susan Turner or Steve Turner 190 Watkins St. Ripley, Lauderdale 38063

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

There is a female party stalking me, & has been doing so quite some time now, ~~this person I was told~~ this person built a Identity Theft case on me entered at the Hauge, Netherlands concerning my personal property (which is) my personal residential address, of 1460 Carmack Rd in Ripley, TN. I am a Cocurrent Self-Employed Entrepreneur, & these parties included in this case purchased my property by theft, related to whomever this female party is that was prosecuted in the preceeding court case that was closed in July of 1954. I do not know thee accussed female party, I was briefed on Oct. 9th, 2017 at 675 Hwy 51 S in Ripley, TN in Circuit Court under Judge Joe Walker II on the current status of this complaint on this Federal Lawsuit that I currently filing now. This lawsuit also includes Medical Malpractice in which I am the victim of for false diagnosis of Schizophrenia. I have a full copy of Documentation at the WIPO (World Intellectual Property Organization) 6th Committee on United States, (New York US office)

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Criminal Charge Sheet to be signed by Superior Court Judge of Washington D.C.

b. Granted Release of Garnishment on 09 Ford Roush Shelby Mustang registered to Christopher Lee Riley

c. 

d. 

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 21st day of November, 20 23.

Christopher Lee Riley

Signature of plaintiff (s)

3