CJA 26 (Rev. 10/00)

# SUPPLEMENTAL INFORMATION STATEMENT FOR A COMPENSATION CLAIM IN EXCESS OF THE STATUTORY CASE COMPENSATION MAXIMUM: DISTRICT COURT

THIS FORM PROVIDES INFORMATION TO SUPPORT COUNSEL'S CLAIM THAT THE REPRESENTATION GIVEN WAS IN AN EXTENDED OR COMPLEX CASE, AND THAT THE EXCESS PAYMENT IS NECESSARY TO PROVIDE FAIR COMPENSATION. PARAGRAPH 2.22 B(3) OF THE *GUIDELINES FOR THE ADMINISTRATION OF THE CRIMINAL JUSTICE ACT*, VOLUME VII, *GUIDE TO JUDICIARY POLICIES AND PROCEDURES*, DEFINES THE TERMS "EXTENDED" AND "COMPLEX," AND SUGGESTS CRITERIA FOR DETERMINING "FAIR COMPENSATION." THIS FORM SERVES AS COUNSEL'S MEMORANDUM REQUIRED BY PARAGRAPH 2.22 C(2) OF THOSE *GUIDELINES*, AND DOES NOT REPLACE ANY OTHER DOCUMENTATION REQUIRED TO SUPPORT THE PAYMENT REQUEST. IF EXTRA SPACE IS NEEDED, ATTACH ADDITIONAL SHEETS OF PAPER.

ATTORNEY NAME: Christopher Lee Riley Sr.

CASE NAME: Theft of Property

DOCKET NUMBER: | DEFENDANT NUMBER: | VOUCHER NUMBER:

**1** PERIOD OF APPOINTMENT (DATES): 8/9/23 TO Nov. 21 2023

TOTAL NUMBER OF IN-COURT HOURS: 0.00  SPECIFYING: PRETRIAL HEARINGS 2  TRIAL ____

SENTENCING HEARINGS ____  ALL OTHER IN-COURT ____

TOTAL NUMBER OF OUT-OF-COURT HOURS: ____

**2** OFFENSES CHARGED:

NUMBER OF COUNTS CHARGED: 3   NUMBER OF CO-DEFENDANTS: 1

OTHER PENDING CASES (DOCKET NUMBERS) OF DEFENDANT DURING REPRESENTATION:

IF APPLICABLE, SENTENCING GUIDELINE RANGE FOUND BY THE COURT FOR SENTENCING: Execution

WAS A MANDATORY MINIMUM FOUND OR AT ISSUE AT SENTENCING?  YES ____  NO ✓

**3** DESCRIBE DISCOVERY MATERIALS (NATURE AND VOLUME) AND/OR DISCOVERY PRACTICES WHICH ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED:

I requested a video conference on Oct. 9th 2017, & was briefly informed about community neighborhood watch that my life was at stake due to this matter at hand.

**4** LIST AND DESCRIBE MOTIONS, LEGAL MEMORANDA, JURY INSTRUCTIONS, AND SENTENCING DOCUMENTS, OR LEGAL RESEARCH NOT RESULTING IN SUCH, WHICH ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED AND WHICH WERE DRAFTED ORIGINALLY FOR THIS CASE (DO NOT INCLUDE STANDARDIZED MOTIONS, ETC., UNLESS CONTENT WAS MODIFIED SIGNIFICANTLY):

Motion of Discovery
Death Penalty

**5** SUMMARIZE INVESTIGATION AND CASE PREPARATION (E.G., NUMBER AND ACCESSIBILITY OF WITNESSES INTERVIEWED, RECORD COLLECTION, DOCUMENT ORGANIZATION) WHICH ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED:

I did my own investigation privately, offline after I was banned from the internet which was how this case was drafted. 3 Witnesses, World Intellectual Property Organization in compliance with US Labor & Workforce Board classified as Child Labor.

– CONTINUED ON REVERSE SIDE –

**6 EXPLAIN, IF NOTEWORTHY, IMPACT ON THE NUMBER OF HOURS CLAIMED OF INVESTIGATIVE, EXPERT, OR OTHER SERVICES USED (CJA 21 VOUCHER):**

This matter caused me severe emotional distress due to domestic abuse leading to causing trauma of mind development because of someone else's lack of acknowledgement of stupidity has caused me & family an enormous amount of grief & pain & suffering from various ways of financial stability & peace of mind.

**7 CHECK WHETHER ANY OF THE FOLLOWING CLIENT CONSIDERATIONS ARE A NOTEWORTHY FACTOR IN THE NUMBER OF HOURS CLAIMED AND EXPLAIN EACH: COMMUNICATION WITH CLIENT/FAMILY ✓ LANGUAGE DIFFERENCE ___ ACCESSIBILITY OF CLIENT ✓ OTHER ___**

I have not agreed to communicate to anyone who is party in this case since Dec. 1 1988, (1988)
I honestly do not know how anyone associated in this case, got access to anything associated to my legal name, other than what I was informed about, by the court of law officials, that I was being stalked via internet.

**8 EXPLAIN ANY EXPENSE (ITEMS 17 AND 18 OF THE CJA 20 VOUCHER) GREATER THAN $500:**

My transmission malfunctioned in my truck a couple days ago, from an intentional rocking (from front to back) with a ~~Track~~ Komatsu 220 Heavy Machinery at American Recycling in Gates, TN in August of 2023. 1989 Chevrolet Silverado K1500

**9 EXPLAIN ANY OTHER NOTEWORTHY CIRCUMSTANCES REGARDING THE CASE AND THE REPRESENTATION PROVIDED TO SUPPORT THIS COMPENSATION REQUEST:**

INCLUDE, IF APPLICABLE: (A) NEGOTIATIONS WITH U.S. ATTORNEY'S OFFICE OR LAW ENFORCEMENT AGENCY; (B) COMPLEXITY OR NOVELTY OF LEGAL ISSUES AND FACTUAL COMPLEXITY; (C) RESPONSIBILITIES INVOLVED MEASURED BY THE MAGNITUDE AND IMPORTANCE OF THE CASE; (D) MANNER IN WHICH DUTIES WERE PERFORMED AND KNOWLEDGE, SKILL EFFICIENCY, PROFESSIONALISM, AND JUDGMENT REQUIRED OF AND USED BY COUNSEL; (E) NATURE OF COUNSEL'S PRACTICE AND HARDSHIP OR INJURY RESULTING FROM THE REPRESENTATION; AND (F) ANY EXTRAORDINARY PRESSURE OF TIME OR OTHER FACTORS UNDER WHICH SERVICES WERE RENDERED.

A. I have a full copy of documentation in the World Intellectual Property Organization in the 6th Committee stating all ownership of property. B. Legal Issues I have is Multi-District File Litigation in the 25th District of TN. C. I need my proof of Vehicle Insurance on my personal assets. D. I repeatedly requested a civil standby by the Sheriff's Department of Lauderdale County, & I was served a no trespassing citation which could have led to me being arrested if I returned on 8/18/23, on 1460 Carmack Rd, I have my proof of documentation copy, stored on my property previously addressed. E. I have Personal Injury Lawsuit, I won in 1994, Attorney Representation by Morgan & Morgan. F. ~~Sexual Assault~~ Criminal Services Charges were rendered. Trafficking

SIGNATURE OF APPOINTED ATTORNEY: *Christopher Riley Sr.*   DATE: 11/21/23