United States District Court
Western District of Tennessee
CREDIT CARD AUTHORIZATION FORM

We/I hereby authorize the United States District Court for the Western District of Tennessee to charge the following bank/credit card number(s) for payment of fees and other related expenses.

Requestor's Name: Christopher Lee Riley Sr.

Name as it appears on credit card: Christopher Riley Sr.

Credit Card Billing Address: _____
(Must Include City, State and Zip)

Phone No. (731) 460-1313    Fax No. (___) _____

PLEASE ENTER THE SECURITY CODE ON THE BACK OF YOUR CREDIT CARD.

| Master Card No. _____ | Exp. Date _____ Security Code _____ |
| Visa Card No. _____ | Exp. Date _____ Security Code _____ |
| Discover Card No. _____ | Exp. Date _____ Security Code _____ |
| Diner's Club: _____ | Exp. Date _____ Security Code _____ |

This form will be kept on file in a secure location in the Clerk's Office until payment has been fully processed. After processing the form will be destroyed by shredding, incineration or pulping to prevent reconstruction of cardholder data.

Purpose for Credit Card Charges:
(If case related, please be sure to include the following: case no., style of case and document nos.)

To initiate a transaction for a Auto-Vehicle Shipment to my possession Containing my Personal Documents stating proof of my statements I made in the case I filed a Judicial Complaint on.

Amount authorized to be charged: $ _____

Signature: Christopher Norfork    Date: _____

In the event the charge against this account is denied, you will receive a telephone call.

Please FAX form to:

USDC - Clerk's Office
ATTN: Intake Section
Memphis, TN 38103
FAX (901) 521-4000