# APPLICATION FOR ADMISSION TO THE BAR
# FOR THE WESTERN DISTRICT OF TENNESSEE
LOCAL RULE 83.4 Attorneys - Admission

> This form must be returned to the Clerk's Office for processing, along with a $238.00 payment at the time of admission.

**PLEASE COMPLETE THE FOLLOWING:**

1. Are you licensed to practice law? ____No ✓ Yes  TN
   List State(s)

2. Date of admission: 10/9/17

3. Are you a member in good standing of the Bar of the Supreme Court in the State above? ✓ Yes ____ No

4. State Bar Number: _____

5. Applicant's Name: Christopher Lee Riley Sr.
   (Please print your name as it should appear on the certificate.)

Applicant's Signature: Christopher Lee Riley Sr.

Home Address: 647 Huntington St.
              Gates, TN 38037

Office Address: 1460 Carmack Rd
                Ripley, TN, 38063

Firm Name: _____

Phone: 731-460-1313

Fax No.: _____

Email Address: Chrisnorfork71@gmail.com

---

**United States District Court for the Western District of Tennessee**
**ORDER ADMITTING ATTORNEY**

On motion of _____, Esq., a member in good standing of the Bar of this Court, the above referenced attorney is hereby admitted to practice in the United States District Court as an Attorney, Counselor, Solicitor, Proctor, and Advocate, and is hereby duly sworn by the Clerk of this Court.

This _____ day of _____, 20___.

_____
UNITED STATES (DISTRICT)(MAGISTRATE) JUDGE

*Revised 07/2012*