PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE**

- Expected delivery date specif...
- Domestic shipments include ...
- USPS Tracking® service inclu...
- Limited international insuran...
- When used internationally, a ...

*Insurance does not cover certain item...
Domestic Mail Manual at http://pe.usp...
** See International Mail Manual at http...

**FLAT RATE EN...**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS...**


PS00001000014

---

**UNITED STATES POSTAL SERVICE.**  Retail

**P**  US POSTAGE PAID
**$9.65**
Origin: 38040
12/01/23
4738040538-07

**PRIORITY MAIL®**

0 Lb 6.30 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 12/04/23

C001

SHIP TO:
 STE 200
220 W DEPOT ST
GREENEVILLE TN 37743-1100

**USPS TRACKING® #**


9505 5154 2352 3335 2008 33



---

FROM:

**PRIORITY MAIL** 
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Christopher L. Norfork
647 Huntington St.
Gates, TN 38037

TO: 220 West Depot St.
Ste. 200
Greeneville, TN 37743

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE