UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHRISTOPHER LEE RILEY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 2:23-cv-163 |
| v. ) | |
| ) | Judge Atchley |
| AVERY HALLIBURTON, *et al.*, ) | |
| ) | Magistrate Judge Wyrick |
| *Defendants*. ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having adopted the Report and Recommendation of United States Magistrate Judge Cynthia R. Wyrick [Doc. 4], recommending this case be dismissed,

It is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT